## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES J. WYLAM and )
JANICE L. WYLAM, h/w )
)
)
, )
)
**Plaintiff(s),** )
)
v. )
)
TRADER JOE'S COMPANY, TRADER )   **Civil Action No.** 3:16-cv-02112
JOE'S EAST, INC., T.A.C.T. HOLDING, )
INC. and WORLD CLASS DISTRIBUTION, )
INC. )
_____ , )
)
**Defendant(s)/** )
**Third-Party Plaintiff(s),** )
)
v. )
)
)
)
)
)
, )
)
**Third-Party Defendant(s).** )
_____ )

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ___Defendant___,

who is ___T.A.C.T. Holding, Inc.___, makes the following disclosure:

(type of party)

(name of party)

1.   Is the party a non-governmental corporate party?

      ☑ YES  ☐ NO

2.   If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3.   If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

  The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                         _____

                         Signature of Counsel for Party

Date: November 22, 2016 _____