THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. WYLAM and JANICE L. WYLAM<br><br>Plaintiffs,<br>v.<br><br>TRADER JOE'S COMPANY, TRADER JOE'S EAST, INC., T.A.C.T. HOLDING, INC., and WORLD CLASS DISTRIBUTION, INC.<br><br>Defendants.<br><br>v.<br><br>NFI INTERACTIVE LOGISTICS, LLC, TELESCOPIC ACCESS SOLUTIONS CORP., TELETOWER ACCESS SOLUTIONS LTD., and WHITEGATES ALEXANDER LANE. | 3:16-CV-2112<br>(JUDGE MARIANI) |

## ORDER

AND NOW, THIS 18th DAY OF JANUARY, 2018, upon consideration of Defendant Teletower Access Solutions Ltd. ("Teletower")'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 34), and all other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Teletower's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 34) is **DENIED WITHOUT PREJUDICE**, with leave to resubmit following the close of jurisdictional discovery.

2. The parties shall have **NINETY (90) DAYS** from the date of this Order in which to engage in jurisdictional discovery on the issue of whether Teletower has sufficient contacts with Pennsylvania to support general and/or specific jurisdiction.

Robert D. Mariani
United States District Judge