## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. WYLAM, ET AL., | : |
| | : |
| **Plaintiffs,** | : |
| v. | :  **3:16-CV-2112** |
| | :  **(JUDGE MARIANI)** |
| TRADER JOE'S COMPANY, ET AL., | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, **THIS 21ST DAY OF DECEMBER, 2018,** Plaintiffs' counsel having

advised the Court of the full and complete settlement of all claims, (Doc. 97), **IT IS HEREBY**

**ORDERED THAT** the above captioned matter is **DISMISSED WITH PREJUDICE**. The

Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge